NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THEOPRIC K. BLOODSAW, | ) | No. C 07-3393 JF (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| J.S. WOODFORD, et al., | ) | |
| Defendants. | ) | |

The Court has dismissed the instant civil rights complaint for failure to state a cognizable claim for relief under 42 U.S.C. § 1983. A judgment of dismissal without prejudice is hereby entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/10/07

JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\cr.07\Blooodsaw393jud                    1

1  A copy of this ruling was mailed to the following:

2

3  Theopric K. Bloodsaw
   P-20045/ A2-202
4  Pelican Bay State Prison
   P.O. Box 7500
5  Crescent City, CA  95531

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28